IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 3:18-CR-30103-NJR-8 |
| JEREMY INDERYAS, | |
| Defendant. | |

## ORDER REDUCING SENTENCE

**ROSENSTENGEL, Chief Judge:**

Now before the Court is Defendant Jeremy Inderyas's Motion for Reduced Sentence Pursuant to 18 U.S.C. § 3582(c)(2). (Doc. 665). Inderyas seeks a reduction in sentence from 100 months' imprisonment to 89 months' imprisonment pursuant to 18 U.S.C. § 3582(c) and Part A of Amendment 821 to the United States Sentencing Guidelines ("U.S.S.G."). (*Id.*). The Government does not oppose the motion. (Doc. 668).

In Part A of Amendment 821, the Sentencing Commission altered the "status points" provision regarding criminal history, which now appears in U.S.S.G. § 4A1.1(e). Under the amended provision, a defendant who has 7 or more criminal history points and who committed the offense of conviction while under any criminal justice sentence receives 1 status point. A defendant who has 6 or less criminal history points and who committed the offense of conviction while under any criminal justice sentence receives no status points. The changes apply retroactively, though a court may not order the release of a defendant to occur before February 1, 2024. *See* § 1B1.10(e)(2) (Nov. 1, 2023).

Under Part A of Amendment 821, Inderyas would receive no status points, reducing his criminal history category and resulting in a lower advisory guideline range. Thus, the parties assert that a reduction from 100 months to 89 months is appropriate.

This Court agrees. Upon consideration of Inderyas's motion (Doc. 665), the Government's response (Doc. 668), the policy statement set forth at U.S.S.G. § 1B1.10, and the sentencing factors set forth in 18 U.S.C. § 3553(a), the Court **GRANTS** Defendant Jeremy Inderyas's motion and **ORDERS** that his sentence be reduced to a term of **89 months**. All other terms of the judgment in this case shall remain unchanged. This Order shall take effect on **February 1, 2024.**

IT IS SO ORDERED.

DATED:  January 11, 2024

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**